PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

IN THE UNITED STATES DISTRICT COURT
FOR THE __11th__ DISTRICT OF TEXAS
__Abilene__ DIVISION

__Reginald Johnson 2262520__
Plaintiff's Name and ID Number

__Lindsey State Jail__
Place of Confinement

CASE NO. __1-21CV-0163H__
(Clerk will assign the number)

[Stamp: U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS FILED SEP - 1 2021 CLERK, U.S. DISTRICT COURT Deputy]

v.

__The State of Texas__
Defendant's Name and Address

__Taylor County, Texas__
Defendant's Name and Address

__300 Oak St. Ste 400, Abilene 79602__
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES ✓NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit: __NO__

        2. Parties to previous lawsuit:

            Plaintiff(s) __NO__

            Defendant(s) __NO__

        3. Court: (If federal, name the district; if state, name the county.) __NO__

        4. Cause number: __NO__

        5. Name of judge to whom case was assigned: __NO__

        6. Disposition: (Was the case dismissed, appealed, still pending?) __NO__

        7. Approximate date of disposition: __NO__

II. PLACE OF PRESENT CONFINEMENT: _____ Lindsey State Jail _____

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?   ___YES  ✓NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Reginald Grovell Johnson   1620 FM 3344 Jacksboro, Texas. 76458

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: Judge: Lee Hamilton

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Due Process violation by misconduct of Jury during Sentencing.

Defendant #2: Prosecuting Attorney: Zachary, Joseph Gore

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
prosecutorial Misconduct regarding alleged priors

Defendant #3: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

V. **STATEMENT OF CLAIM:**

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

I was sentenced to 25 years for Possession of a controlled Substance with Intent to Deliver by Jury Second-Degree Punishment Range. resulting in a illegal sentence claim and Due process violation. It was a result of Jury misconduct and a unlawful restraint. I sufferred economic lose and bipolar-Depression Disorder since my incarceration.

VI. **RELIEF:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

This illegal sentence rendered my sentence void and need correction or a new trial rendered with compensation.

VII. **GENERAL BACKGROUND INFORMATION:**

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Reginald Johnson

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

2262520

VIII. **SANCTIONS:**

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____ YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): NO
2. Case number: NO
3. Approximate date sanctions were imposed: NO
4. Have the sanctions been lifted or otherwise satisfied? ____ YES ✓ NO

4

C. Has any court ever warned or notified you that sanctions could be imposed?  \_\_\_\_YES  ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

  1. Court that issued warning (if federal, give the district and division): NO
  2. Case number: NO
  3. Approximate date warning was issued: NO

Executed on: 8·10·21
DATE

*Reginald Lenell Johnson*
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this \_\_\_10\_\_\_ day of \_\_August\_\_, 20 21.
     (Day)              (month)           (year)

BEVERLY SIMPSON
Notary Public, State of Texas
Comm. Expires 04-12-2025
Notary ID 133030520

*Beverly Simpson*
*Reginald Lenell Johnson*
(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

5

# Qualified Immunity

## I. Generally

Qualified immunity may well be the most important issue in 1983 litigation. It is certainly the most important defense, and is frequently asserted as a defense to 1983 personal-capacity for damages. Furthermore, courts decide a high percentage of 1983 personal-compacity claims for damages in favor of the defendant on the basis of qualified immunity. The Supreme court holds that qualified immunity is not just immunity from liability, but also "immunity from suit," that is, from the burdens of having to defend the litigation.

Qualified Immunity protects an executive official who violated the plaintiff's federally protected right so long as the official did not violate clearly established Federal law. Therefore, when qualified immunity is asserted as a defense, the critical issue is whether the defendant/official violated federal law that was clearly established at the time she acted. When, as is often the case, the 1983 plaintiff alleges multiple Constitutional claims against multiple defendants who have asserted qualified immunity, the district court must analyze the immunity defense for each claim and each defendant, and not lump the various claims and defendants together. That an official may have violated clearly established state law is generally irrevelant to the qualified immunity defense.

Reginald G. Johnson #2262520
Lindsey State Jail
1620 FM 3344
Jacksboro, Texas 76458

GENERAL INMATE
CORRESPONDENCE
TEXAS DEPARTMENT OF CRIMINAL
JUSTICE - INSTITUTIONAL DIVISION
*I-290 (07/93)

Federal Courthouse
341 Pine Street #2008
Abilene, Texas 79601

RECEIVED
SEP - 1 2021
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

