UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

REGINALD JOHNSON,

      Petitioner,

v.              No.  1:23-CV-00195-H

DIRECTOR, TDCJ-CID,

      Respondent.

### ORDER

Petitioner Reginald Johnson, a prisoner proceeding pro se, filed a civil-rights complaint under 42 U.S.C. § 1983. The Court severed his challenge to the fact or duration of his confinement into this habeas this civil action under 28 U.S.C. § 2254. The Court ordered Petitioner to file an amended petition on the required form and pay the $5.00 filing fee or file the required certified statement of his inmate trust account along with his application to proceed *in forma pauperis.* As explained below, the Court finds that the petition must be dismissed for want of prosecution.

On September 29, 2023, the Court ordered Petitioner to file a complete amended petition on the approved form and cure the filing fee deficiency within 30 days. Dkt. No. 1. The Court also noted that it is unclear whether Petitioner exhausted his state-court remedies. *Id.* at 6. The Court advised Petitioner that his failure to comply with the order would result in the dismissal of his case for want of prosecution. *Id.* Petitioner did not respond to or otherwise comply with the September 29 order and the time to do so has passed.

Federal Rule of Civil Procedure 41(b) authorizes the district court to dismiss an action sua sponte for failure to prosecute or to comply with a court order. *Larson v. Scott,*

157 F.3d 1030, 1031 (5th Cir. 1998). "The power to invoke this sanction is necessary in order to prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the District Courts." *Link v. Wabash Railroad*, 370 U.S. 626, 629–30 (1962).

The Court finds that Petitioner has failed to comply with the Court's orders or show good cause why his petition should not be dismissed. The Court, therefore, finds that Petitioner's petition for writ of habeas corpus should be dismissed without prejudice for want of prosecution and for failure to comply with the Court's prior orders.

So ordered.

The Court will enter judgment accordingly.

Petitioner is admonished that if he refiles his petition, he must use the required form and either seek leave to proceed *in forma pauperis* or pay the $5.00 filing fee.

Dated November 6, 2023.

_____
JAMES WESLEY HENDRIX
United States District Judge