UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| REGINALD JOHNSON,<br><br>           Petitioner,<br><br>v.<br><br>DIRECTOR, TDCJ-CID,<br><br>           Respondent. | No. 1:23-CV-00195-H |

### JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that this petition for writ of habeas corpus is dismissed without prejudice for want of prosecution.

Dated November 6, 2023.

                                                                                       _____
                                                                                       JAMES WESLEY HENDRIX
                                                                                      United States District Judge